| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gabrielides, Christos** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **4212** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2 Westwood Drive**<br>**Indian Head Park, IL**<br>ZIP CODE **60525** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors).
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP).
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

_____

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached

- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.

- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): Christos Gabrielides |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:  **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  Not Applicable**<br>_____<br> Signature of Attorney for Debtor(s)         Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Christos Gabrielides |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Christos Gabrielides_
Signature of Debtor  Christos Gabrielides

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _Signature of Attorney_
_____
Signature of Attorney for Debtor(s)

**Dennis M. Sbertoli  Bar No. 3128965**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Sbertoli Law Office**
_____
Firm Name

**P.O. Box 1482 La Grange Park**
_____
Address

**Illinois  60526**
_____

**(708) 579-9724**          **(708) 579-1934**
_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re **Christos Gabrielides**

_____ Debtor

Case No. _____

Chapter **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 210,000.00 | | |
| B - Personal Property | YES | 4 | $ 16,134.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 9 | | $ 348,274.73 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 87,361.38 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 152,504.37 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,166.67 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,677.00 |
| TOTAL | | 29 | $ 226,134.00 | $ 588,140.48 | |

B6A (Official Form 6A) (12/07)

In re:  **Christos Gabrielides**                                           Case No. _____

                          _____,                              (If known)
                          **Debtor**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2 Westwood Drive Indian Head Park, IL 60525**<br><br>**PIN: 18-20-111-083-0000** | **Fee Owner** | | **$ 210,000.00** | **$ 178,274.73** |
| NOTE:    **Purchased in 1992 for $146,000.00. Real estate taxes currently delinquent in the amount of $15,000.00.** | | | | |

                                                        Total    ➤    | $ 210,000.00 |

                                                               (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Christos Gabrielides**                                        Case No. _____
                        Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **U.S. Curency** | | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Lamont State Bank.** | | **40.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living room furniture consisting of couch, love seat, end tables, lamps, and television; bedroom furniture consisting of bed, night stand, dressers, and miscellaneous lamps; dinding room furniture consisting of dinnette set, chairs and buffet; kitchen utensils and small appliances.** | | **1,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Two paintings, non-fine art.** | | **2,000.00** |
| 6. Wearing apparel. | | **Miscellaneous used clothing.** | | **250.00** |
| 7. Furs and jewelry. | | **One man's watch, non-jeweled.** | | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Christos Gabrielides**_____,     Case No. _____

   Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Pension with the Hotel Motel Workers' Union. A defined benefit plan, no cash value.** | | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **All outstanding stock in the Dome Restaurant, Inc.** **Tax I.D. # 36-356-7217** | | 0.00 |
| | | NOTE:  **Dome Restaurant, Inc. operated the Dome Restaurant located in Indian Head Park, IL. Land on which the restaurant operated foreclosed and sold to third party. See also statement of financial affairs.** | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **An Illinois Food Sanitation license, non-transferable.** | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Cadillac Deville, approximately 65,000 miles.** | | 2,244.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Christos Gabrielides**                                          Case No. _____
                              Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | 10 year old computer. | | 0.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | 35 BOOTHS, 25 CHAIRS, 7 TABLE, 4 TELEVISION SETW/WALL HANGERS, 35 [PICTURES, 5 OIL PAINTINGS, 1 6X6 FOOT WALK IN FREEZER, 1 6X7 FOOT WALK IN COOLER, 7 COUNTER STOOLS, 24 FOOT GRANITE COUNTER, 2 COFFEE GRINDERS, 2 COFFEE MAKERS (3) BURNERS, 2 COFFEE URNS, 4 2-PLATE COFFEE BURNERS, 4 FOUR SLICE TOASTERS, 4 FOOT HEAT LAMP (GLO RAY), 2 HEAT LAMPS (BULB STYLE), 30 FOOT COUNTER WITH UPPER COOLER (2) GLASS DOORS, LOWER COOER (5) DOORS, SOUP WARMER, DBL BREAD WARMER, 2 SHELF STORAGE  (4FT), 25 ARTIFICIAL PLANTS 2 shelf storage (4foot), ice cream freezer (4 foot w/sundae), 6 foot upper storage shelf, 25 artificial plants, 2 vases artificial flower, Traulsen 4 shelf pie case, "L" shaped count granite, 2 cash registers, stereo system, cd player, 4 speakers, 14 hanging (over table) chandeliers, credit card machine, "specials" display easel w/letters, 2 door 2 drawer storage w/counter top, octagonal 6 foot window sign (The Dome Welcomes You), 4 free standing coat hangers, 2 shake machines, 8 foot service bar w/4 door storage w/1 door cooler 10 row glass hanger, 3 shelf open storage, 2 flat grills, 1 Toastmaster charcoal grill, 2 Pitco deep fryers, convection oven, 4 stove top burners, Range Guard RG4MG fire suppression system, 3 upright freezers, 2 upright coolers, 1 mild dispenser, 1 Iced tea dispenser, dishwashing machine, w/stainless steel tops for dish sorting, food grinder, meat slicer, 3 stainless steel prep tables,/3 sinks, stainless teel wal coverings in kitchen and cooking area, 200 dinner plates, 300 small plates, 100 coffee cups, 150 saucers, 200 cocktail glasses, 100 juice glasses, 25 window shades, sign at street, 5 lamps, 9 "spike" lights, 50 cooking pots. | | 10,000.00 |
| | | NOTE:  Restaurant equipment.  Value estimated most items in excess of 10 years old. | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 16 year old cat. Non-show quality. | | 0.00 |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Christos Gabrielides** _____   Case No. _____
                              **Debtor**                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_3_   continuation sheets attached          Total ⟋      **$ 16,134.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Christos Gabrielides**
_____         Case No. _____
Debtor                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1998 Cadillac Deville, approximately 65,000 miles. | 735 ILCS 5/12-1001(c) | 2,244.00 | 2,244.00 |
| 2 Westwood Drive Indian Head Park, IL 60525 PIN: 18-20-111-083-0000 | 735 ILCS 5/12-901 | 15,000.00 | 210,000.00 |
| Checking account at Lamont State Bank. | 735 ILCS 5/12-1001(b) | 40.00 | 40.00 |
| Living room furniture consisting of couch, love seat, end tables, lamps, and television; bedroom furniture consisting of bed, night stand, dressers, and miscellaneous lamps; dinding room furniture consisting of dinnette set, chairs and buffet; kitchen utensils and small appliances. | 735 ILCS 5/12-1001(b) | 1,500.00 | 1,500.00 |
| Miscellaneous used clothing. | 735 ILCS 5/12-1001(a),(e) | 250.00 | 250.00 |
| One man's watch, non-jeweled. | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| Two paintings, non-fine art. | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| U.S. Curency | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |

_* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6D (Official Form 6D) (12/07)

In re  **Christos Gabrielides** _____ ,    Case No. _____
                                    **Debtor**                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | 50,000.00 | 40,000.00 |
| Dr. John Symonides 14 Mahodez Palm Coast South, FL | | | **Non-Purchase Money Security Agreement 35 BOOTHS, 25 CHAIRS, 7 TABLE, 4 TELEVISION SETW/WALL HANGERS, 35 [PICTURES, 5 OIL PAINTINGS, 1 6X6 FOOT WALK IN FREEZER, 1 6X7 FOOT WALK IN COOLER, 7 COUNTER STOOLS, 24 FOOT GRANITE COUNTER, 2 COFFEE GRINDERS, 2 COFFEE MAKERS (3) BURNERS, 2 COFFEE URNS, 4 2-PLATE COFFEE BURNERS, 4 FOUR SLICE TOASTERS, 4 FOOT HEAT LAMP (GLO RAY), 2 HEAT LAMPS (BULB STYLE), 30** | | | | | |

8     continuation sheets
      attached

Subtotal  ➤
(Total of this page)

| | $    50,000.00 | $    40,000.00 |
|---|---|---|

Total  ➤
(Use only on last page)

| | $ | $ |
|---|---|---|

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Christos Gabrielides**                                              ,          Case No. _____
                          Debtor                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | FOOT COUNTER WITH UPPER COOLER (2) GLASS DOORS, LOWER COOER (5) DOORS, SOUP WARMER, DBL BREAD WARMER, 2 SHELF STORAGE (4FT), 25 ARTIFICIAL PLANTS 2 shelf storage (4foot), ice cream freezer (4 foot w/sundae), 6 foot upper storage shelf, 25 artificial plants, 2 vases artificial flower, Traulsen 4 shelf pie case, "L" shaped count granite, 2 cash registers, stereo system, cd player, 4 speakers, 14 hanging (over table) chandeliers, credit card machine, "specials" display easel w/letters, 2 door 2 drawer storage w/counter top, octagonal 6 foot window sign (The Dome Welcomes You), 4 free standing coat hangers, 2 shake machines, 8 foot service bar w/4 door storage w/1 door cooler 10 row glass hanger, 3 shelf open storage, 2 flat grills, 1 Toastmaster charcoal grill, 2 Pitco deep fryers, convection oven, 4 stove top burners, Range Guard RG4MG fire suppression system, 3 upright freezers, 2 upright coolers, 1 mild dispenser, 1 Iced tea dispenser, dishwashing machine, w/stainless steel tops for dish sorting, food grinder, meat slicer, 3 stainless steel prep tables,/3 sinks, stainless teel wal coverings in kitchen and | | | | | | |

Sheet no. _1_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

| | |
|---|---|
| $         50,000.00 | $         40,000.00 |

Total ➢
(Use only on last page)

| | |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Christos Gabrielides**                                            Case No. _____
                                 Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | cooking area, 200 dinner plates, 300 small plates, 100 coffee cups, 150 saucers, 200 cocktail glasses, 100 juice glasses, 25 window shades, sign at street, 5 lamps, 9 "spike" lights, 50 cooking pots.<br><br>VALUE $10,000.00 | | | | | |
| NOTE:    Loan to Debtor's business over extended period of time.  UCC 1 filed late 2011. | | | | | | | | |
| ACCOUNT NO.<br><br>Heartland Bank<br>4456 Wolf Road<br>Western Springs, IL 60558 | | | Mortgage<br>2 Westwood Drive<br>Indian Head Park, IL 60525<br><br>PIN: 18-20-111-083-0000<br><br>VALUE $210,000.00 | | | | 178,274.73 | 0.00 |

Sheet no. _2_ of _8_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| $       228,274.73 | $       40,000.00 |
|---|---|
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Christos Gabrielides** _____,   Case No. _____
                                                                        (If known)

                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Non-Purchase Money Security Agreement 35 BOOTHS, 25 CHAIRS, 7 TABLE, 4 TELEVISION SETW/WALL HANGERS, 35 [PICTURES, 5 OIL PAINTINGS, 1 6X6 FOOT WALK IN FREEZER, 1 6X7 FOOT WALK IN COOLER, 7 COUNTER STOOLS, 24 FOOT GRANITE COUNTER, 2 COFFEE GRINDERS, 2 COFFEE MAKERS (3) BURNERS, 2 COFFEE URNS, 4 2-PLATE COFFEE BURNERS, 4 FOUR SLICE TOASTERS, 4 FOOT HEAT LAMP (GLO RAY), 2 HEAT LAMPS (BULB STYLE), 30 FOOT COUNTER WITH UPPER COOLER (2) GLASS DOORS, LOWER COOER (5) DOORS, SOUP WARMER, DBL BREAD WARMER, 2 SHELF STORAGE (4FT), 25 ARTIFICIAL PLANTS 2 shelf storage (4foot), ice cream freezer (4 foot w/sundae), 6 foot upper storage shelf, 25 artificial plants, 2 vases artificial flower, Traulsen 4 shelf pie case, "L" shaped count granite, 2 cash registers, stereo system, cd player, 4 speakers, 14 hanging (over table) chandeliers, credit card machine, "specials" display easel w/letters, 2 door 2 drawer storage w/counter top, octagonal 6 foot window sign (The Dome Welcomes You), 4 free standing coat hangers, 2 shake machines, | | | | 85,000.00 | 75,000.00 |
| John & Penelope Sokolowski 11040 Forestwoods Willowsprings, IL 60460 | | | | | | | | |

Sheet no.  _3_ of  _8_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

$    313,274.73  $    115,000.00

Total  ➤
(Use only on last page)

$                    $

(Report also on Summary of     (If applicable, report
Schedules)                     also on Statistical
                               Summary of Certain
                               Liabilities and
                               Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Christos Gabrielides** _____   Case No. _____
                        Debtor                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | 8 foot service bar w/4 door storage w/1 door cooler 10 row glass hanger, 3 shelf open storage, 2 flat grills, 1 Toastmaster charcoal grill, 2 Pitco deep fryers, convection oven, 4 stove top burners, Range Guard RG4MG fire suppression system, 3 upright freezers, 2 upright coolers, 1 mild dispenser, 1 Iced tea dispenser, dishwashing machine, w/stainless steel tops for dish sorting, food grinder, meat slicer, 3 stainless steel prep tables,/3 sinks, stainless teel wal coverings in kitchen and cooking area, 200 dinner plates, 300 small plates, 100 coffee cups, 150 saucers, 200 cocktail glasses, 100 juice glasses, 25 window shades, sign at street, 5 lamps, 9 "spike" lights, 50 cooking pots. | | | | | |
| | | | **VALUE $10,000.00** | | | | | |

Sheet no. 4 of 8 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal ➤ (Total of this page) | $ 85,000.00 | $ 75,000.00 |
| Total ➤ (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re **Christos Gabrielides** _____.    Case No. _____

Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Non-Purchase Money Security Agreement | | | | 10,000.00 | 0.00 |
| Lou Evans 3131 S. Wisconsin Avenue Berwyn, IL 60402 | | | 35 BOOTHS, 25 CHAIRS, 7 TABLE, 4 TELEVISION SETW/WALL HANGERS, 35 [PICTURES, 5 OIL PAINTINGS, 1 6X6 FOOT WALK IN FREEZER, 1 6X7 FOOT WALK IN COOLER, 7 COUNTER STOOLS, 24 FOOT GRANITE COUNTER, 2 COFFEE GRINDERS, 2 COFFEE MAKERS (3) BURNERS, 2 COFFEE URNS, 4 2-PLATE COFFEE BURNERS, 4 FOUR SLICE TOASTERS, 4 FOOT HEAT LAMP (GLO RAY), 2 HEAT LAMPS (BULB STYLE), 30 FOOT COUNTER WITH UPPER COOLER (2) GLASS DOORS, LOWER COOER (5) DOORS, SOUP WARMER, DBL BREAD WARMER, 2 SHELF STORAGE (4FT), 25 ARTIFICIAL PLANTS 2 shelf storage (4foot), ice cream freezer (4 foot w/sundae), 6 foot upper storage shelf, 25 artificial plants, 2 vases artificial flower, Traulsen 4 shelf pie case, "L" shaped count granite, 2 cash registers, stereo system, cd player, 4 speakers, 14 hanging (over table) chandeliers, credit card machine, "specials" display easel w/letters, 2 door 2 drawer storage w/counter top, octagonal 6 foot window sign (The Dome Welcomes You), 4 free standing coat hangers, 2 shake machines, | | | | | | |

Sheet no. _5_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ▷
(Total of this page)
$ 95,000.00  $ 75,000.00

Total ▷
(Use only on last page)
$             $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Christos Gabrielides**                                    Case No. _____
                                                                        (If known)
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | 8 foot service bar w/4 door storage w/1 door cooler 10 row glass hanger, 3 shelf open storage, 2 flat grills, 1 Toastmaster charcoal grill, 2 Pitco deep fryers, convection oven, 4 stove top burners, Range Guard RG4MG fire suppression system, 3 upright freezers, 2 upright coolers, 1 mild dispenser, 1 Iced tea dispenser, dishwashing machine, w/stainless steel tops for dish sorting, food grinder, meat slicer, 3 stainless steel prep tables,/3 sinks, stainless teel wal coverings in kitchen and cooking area, 200 dinner plates, 300 small plates, 100 coffee cups, 150 saucers, 200 cocktail glasses, 100 juice glasses, 25 window shades, sign at street, 5 lamps, 9 "spike" lights, 50 cooking pots. | | | | | |
| | | | **VALUE $10,000.00** | | | | | |
| NOTE:    Loans made to Debtor's business over extended period of time.  UCC 1 recorded late 2011 | | | | | | | | |
| Sheet no. 6 of 8 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal ➤ (Total of this page) | | | | $        10,000.00 | $          0.00 |
| | | | Total  ➤ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re  **Christos Gabrielides**                                                   Case No. _____
                                    Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 25,000.00 | 15,000.00 |
| Simon Symeonides 3173 Bellwind Circle Rockledge Viera FL 32955 | | | 35 BOOTHS, 25 CHAIRS, 7 TABLE, 4 TELEVISION SETW/WALL HANGERS, 35 [PICTURES, 5 OIL PAINTINGS, 1 6X6 FOOT WALK IN FREEZER, 1 6X7 FOOT WALK IN COOLER, 7 COUNTER STOOLS, 24 FOOT GRANITE COUNTER, 2 COFFEE GRINDERS, 2 COFFEE MAKERS (3) BURNERS, 2 COFFEE URNS, 4 2-PLATE COFFEE BURNERS, 4 FOUR SLICE TOASTERS, 4 FOOT HEAT LAMP (GLO RAY), 2 HEAT LAMPS (BULB STYLE), 30 FOOT COUNTER WITH UPPER COOLER (2) GLASS DOORS, LOWER COOER (5) DOORS, SOUP WARMER, DBL BREAD WARMER, 2 SHELF STORAGE (4FT), 25 ARTIFICIAL PLANTS 2 shelf storage (4foot), ice cream freezer (4 foot w/sundae), 6 foot upper storage shelf, 25 artificial plants, 2 vases artificial flower, Traulsen 4 shelf pie case, "L" shaped count granite, 2 cash registers, stereo system, cd player, 4 speakers, 14 hanging (over table) chandeliers, credit card machine, "specials" display easel w/letters, 2 door 2 drawer storage w/counter top, octagonal 6 foot window sign (The Dome Welcomes You), 4 free standing coat hangers, 2 shake machines, 8 foot service bar w/4 door storage w/1 door cooler 10 row | | | | | | |

Sheet no. _7_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

|  | $ 35,000.00 | $ 15,000.00 |
|---|---|---|

Total  ➤
(Use only on last page)

|  | $ 348,274.73 | $ 130,000.00 |
|---|---|---|

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Christos Gabrielides**                                                    ,        Case No. _____
                              Debtor                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | glass hanger, 3 shelf open storage, 2 flat grills, 1 Toastmaster charcoal grill, 2 Pitco deep fryers, convection oven, 4 stove top burners, Range Guard RG4MG fire suppression system, 3 upright freezers, 2 upright coolers, 1 mild dispenser, 1 Iced tea dispenser, dishwashing machine, w/stainless steel tops for dish sorting, food grinder, meat slicer, 3 stainless steel prep tables,/3 sinks, stainless teel wal coverings in kitchen and cooking area, 200 dinner plates, 300 small plates, 100 coffee cups, 150 saucers, 200 cocktail glasses, 100 juice glasses, 25 window shades, sign at street, 5 lamps, 9 "spike" lights, 50 cooking pots. | | | | | |
| | | | **VALUE $10,000.00** | | | | | |
| NOTE:     Loans made to Debtor's business, Dome Restuarant inc. over extended period of time.  UCC 1 filed late 2011. | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sheet no. _8_ of _8_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal  ➢ (Total of this page) | | | | $        25,000.00 | $        15,000.00 |
| | | | Total  ➢ (Use only on last page) | | | | $      348,274.73 | $      130,000.00 |
| | | | | | | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (4/10)

In re  **Christos Gabrielides**                                                      Case No. _____
_____                                              (If known)
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (4/10) – Cont.

In re  **Christos Gabrielides** _____,        Case No. _____
                                    Debtor                                                        (If known)

❑ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re  **Christos Gabrielides**                                          ,          Case No. _____
                                    Debtor                                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Illinois Department of Employment Security**<br>**33 South State St., 9th Floor**<br>**Chicago, IL 60603-2802**<br><br>**GC Services**<br>**6330 Gulfton**<br>**Houston TX**<br>**77081** | X | | | | | | 1,361.38 | 1,361.38 | $0.00 |
| ACCOUNT NO.<br><br>**Illinois Department of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | | | **Sales tax incurred by Dome Restaurant, Inc.** | | | | 36,000.00 | 36,000.00 | $0.00 |
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **941 Taxes** | | | | 50,000.00 | 50,000.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $  **87,361.38** | $  **87,361.38** | $  **0.00** |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **87,361.38** | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  **87,361.38** | $  **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Christos Gabrielides** _____   Case No. _____
 _____
Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    AdvanceMe, Inc. 2015 Vaughn Road, Bldg. 500 Kennesaw, GA 30144 | X | | | | | | 51,219.00 |
| ACCOUNT NO.    Airko Heating & Cooling 6320 W. Ogden, Avenue Berwyn, IL 60402 | | | Repairs rendered to Debtor's former business. | | | | 600.00 |

 8   Continuation sheets attached

Subtotal  ➢ | $ | 51,819.00

Total  ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Christos Gabrielides**                                    Case No. _____
_____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   3436 | | | | | | | 1,252.34 |
| **Allan E. Power Plumbing & Heating** **804 Arlington Avenue** **La Grange, Illinois 60525** | | | Plumbing repairs rendered to Debtor's former business. | | | | |
| ACCOUNT NO.   4423 | | | | | | | 32,064.79 |
| **Bank of America** **P.O. Box 21848** **Greensboro, N.C. 27420-1848** | | | Credit account used in operation of former business | | | | |
| **Asset Acceptance LLC** **P.O. Box 2036** **Warren MI 48090-2036** | | | | | | | |
| **Capital Management Service Inc.** **726 Exchange Street** **Suite 700** **Buffalo, NY 14210** | | | | | | | |
| **FIA Card Service** **P.O. Box 15726** **ilmington, DE 19886-5726** | | | | | | | |
| ACCOUNT NO.   4704 | | | | | | | 23,072.60 |
| **Chase** **Attention: Bankruptcy Department** **800 Brooksedge Blvd.** **Westerville, OH 43801** | | | Credit account used in operation of former business. | | | | |

_8_   Continuation sheets attached

Sheet no. _1_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ▶  $        56,389.73

Total   ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Christos Gabrielides**
_____
                          **Debtor**

Case No. _____
                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2118 | | | | | | | 6,687.23 |
| **Citi** **Box 6000** **The Lakes, NV 89163-6000** | | | Credit card used in operation of Debtor's former business. | | | | |
| **FMS, Inc.** **PO Box 707601** **Tulsa, OK 74170** | | | | | | | |
| **A/R Concepts, Inc.** **33 W. Higgins Rd., Suite 715** **South Barrington, IL 60010** | | | | | | | |
| **ARM** **PO Box 561** **Thorofare, NJ 08086-0129** | | | | | | | |
| ACCOUNT NO.   0690 | X | | | | | | 5,780.55 |
| **Citibank** **PO Box 653000** **Dallas, TX 75265-3000** | | | Account used in operation of Debtor's former business. | | | | |
| **LTD Financial Servisces** **7322 Southwest Freeway, Suite 1600** **Houston, TX 77074** | | | | | | | |
| **Blatt Hasenmiller, Leibsker & Moore** **125 S. Wacker Dr.Suite  400** **Chicago, IL 60606-4440** | | | | | | | |

6   Continuation sheets attached

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  **12,467.78**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Christos Gabrielides**                                    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1509**<br><br>**Citibank**<br>**PO Box 653000**<br>**Dallas, TX 75265-3000**<br><br><br>**Capital Management Service Inc.**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210**<br><br>**Blatt Hasenmiller, Leibsker & Moore**<br>**125 S. Wacker Dr. Suite 400**<br>**Chicago, IL 60606-4440** | X | | Home Depot credit card used in operation of Debtor's former business. | | | | 0.00 |
| ACCOUNT NO.  **1351**<br><br>**Discover Card**<br>**P.O. Box 30943**<br>**Salt Lake City, UT  84130**<br><br><br>**Baker & Miller**<br>**29 N. Wacker Dr.**<br>**Ste. 500**<br>**Chicago, IL 60606** | X | | Credit card used in operation of Debtor's former business. | | | | 13,297.63 |

<u>6</u>  Continuation sheets attached

Sheet no. <u>3</u> of <u>6</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ | 13,297.63

Total  ➤  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Christos Gabrielides**                                                   Case No. _____
_____                                    (If known)
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2826 <br><br> **GE Money Bank** <br> P.O. Box 981127 <br> El Paso TX  79998-1127 <br><br><br> **Allied Interstate** <br> 3000 Corporate Exchange Dr. <br> 5th Floor <br> Columbus OH 43231 <br><br> **Encore** <br> P.O. Box 3330 <br> Olathe KS 66063-3330 | X | | Account used in operation of Debtor's former business. | | | | 2,360.27 |
| ACCOUNT NO.  4417 <br><br> **HSBC** <br> PO Box 5253 <br> Carol Stream, IL 60197 | | | Miscellaneous consumer purchases. | | | | 1,074.00 |
| ACCOUNT NO.  1900894 <br><br> **Illinois Department of Employment Security** <br> 33 South State St., 10th Floor <br> Chicago, IL 60603-2802 | X | | Unemployment taxes due from Dome Restaurant to state of Illinois. | | | | 1,370.20 |
| ACCOUNT NO.  2035-3383 <br><br> **Illinois Department of Revenue** <br> 100 West Randolph <br> Chicago, Illinois  60601 | X | | Sales tax due from Dome Restaurant to state of Illinois. | | | | 1,376.65 |

_6_  Continuation sheets attached

Sheet no. _4_ of _6_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $ | **6,181.12**

Total ▸ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Christos Gabrielides**                                        Case No. _____
_____
                    Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **50160929** <br><br> **Illinois Department of Revenue State Lottery P.O. Box 19080 Springfield, IL 62794-9080** | X | | Balance due from Debtor's former business, Dome Restaurant, arising out of lottery ticket sales. | | | | 10,680.00 |
| ACCOUNT NO. <br><br> **Save on Everything 1000 W. Maple Road, Ste. 200 Troy, MI 48084** <br><br> **Transworld Systems PO Box 1864 Santa Rosa, CA 95402** | X | | Account used in operation of Debtor's former business. | | | | 210.00 |
| ACCOUNT NO. <br><br> **Social Security Administration 6401 Security Blvd. Baltimore, MD 21235-6401** | X | | Unpaid social security benefits due from Dome Restaurant, Inc. | | | | Unknown |
| ACCOUNT NO. <br><br> **Suburban Life Publications 1101 W. 31st Street, Ste. 100 Downers Grove, IL 60515** <br><br> **Biehl & Biehl, Inc. P.O. Box 87410 Carol Stream, IL 60188-7410** | X | | Publication service rendered to Debtor's former business. | | | | 659.11 |

                    6   Continuation sheets attached

Sheet no.  5  of  6  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                        Subtotal ▶ | $ | 11,549.11

                                                                        Total ▶ | $ |

                    (Use only on last page of the completed Schedule F.)
                (Report also on Summary of Schedules and, if applicable on the Statistical
                    Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Christos Gabrielides**                                    Case No. _____
                              **Debtor**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9325**<br><br>**Valpak of Chicagoland**<br>**c/o Allen Maxwell & Silver**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | | | | | | | **800.00** |

6   Continuation sheets attached

Sheet no. 6 of 6 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢   $                 800.00



Total   ➢   $            152,504.37

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **Christos Gabrielides**                                     Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re: **Christos Gabrielides**                                    Case No. _____
_____
                        **Debtor**                                                    (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Dome Restaurant, Inc. | AdvanceMe, Inc.<br>2015 Vaughn Road, Bldg. 500<br>Kennesaw, GA 30144 |
| Dome Restaurant, Inc.<br><br>Dome Restaurant, Inc. | Citibank<br>PO Box 653000<br>Dallas, TX 75265-3000 |
| Dome Restaurant, Inc. | Discover Card<br>P.O. Box 30943<br>Salt Lake City, UT  84130 |
| Dome Restaurant, Inc. | GE Money Bank<br>P.O. Box 981127<br>El Paso TX  79998-1127 |
| Dome Restaurant, Inc.<br><br>Dome Restaurant, Inc. | Illinois Department of<br>Employment Security<br>33 South State St., 10th Floor<br>Chicago, IL 60603-2802<br><br>Illinois Department of<br>Employment Security<br>33 South State St., 9th Floor<br>Chicago, IL 60603-2802 |
| Dome Restaurant, Inc.<br><br>Dome Restaurant, Inc. | Illinois Department of Revenue<br>100 West Randolph<br>Chicago, Illinois  60601<br><br>Illinois Department of Revenue<br>State Lottery<br>P.O. Box 19080<br>Springfield, IL 62794-9080 |
| Dome Restaurant, Inc. | Save on Everything<br>1000 W. Maple Road, Ste. 200<br>Troy, MI 48084 |
| Dome Restaurant, Inc. | Social Security Administration<br>6401 Security Blvd.<br>Baltimore, MD 21235-6401 |
| Dome Restaurant, Inc. | Suburban Life Publications<br>1101 W. 31st Street, Ste. 100<br>Downers Grove, IL 60515 |

B6I (Official Form 6I) (12/07)

In re  **Christos Gabrielides**                                    Case No. _____
                              Debtor                                          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Restaurant Owner** | |
| Name of Employer | **Dome Restaurant, Inc.** | |
| How long employed | **24 years** | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 2,166.67 | $ _____ |
| 2. Estimate monthly overtime | $ | 0.00 | $ _____ |
| 3. SUBTOTAL | $ | 2,166.67 | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ _____ |
| b. Insurance | $ | 0.00 | $ |
| c. Union dues | $ | 0.00 | $ _____ |
| d. Other (Specify) _____ | $ | 0.00 | $ _____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ _____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,166.67 | $ _____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ _____ |
| 8. Income from real property | $ | 0.00 | $ _____ |
| 9. Interest and dividends | $ | 0.00 | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ _____ |
| 11. Social security or other government assistance (Specify) _____ | $ | 0.00 | $ _____ |
| 12. Pension or retirement income | $ | 0.00 | $ _____ |
| 13. Other monthly income (Specify) _____ | $ | 0.00 | $ _____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ _____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,166.67 | $ _____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,166.67 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re **Christos Gabrielides** _____ ,    Case No. _____
                                        Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 2,000.00 |
| a. Are real estate taxes included? Yes _____ No ✓ | | | |
| b. Is property insurance included? Yes _____ No ✓ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 200.00 |
| b. Water and sewer | | $ | 35.00 |
| c. Telephone | | $ | 60.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 50.00 |
| 4. Food | | $ | 200.00 |
| 5. Clothing | | $ | 30.00 |
| 6. Laundry and dry cleaning | | $ | 30.00 |
| 7. Medical and dental expenses | | $ | 230.00 |
| 8. Transportation (not including car payments) | | $ | 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 80.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 250.00 |
| d. Auto | | $ | 42.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 350.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,677.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,166.67 |
| b. Average monthly expenses from Line 18 above | $ | 3,677.00 |
| c. Monthly net income (a. minus b.) | $ | -1,510.33 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **Christos Gabrielides**
_____    Case No. _____
                    **Debtor**                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **23** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                    **Christos Gabrielides**
                            Debtor

                    [If joint case, both spouses must sign]

_____

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and
3571._

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re   **Christos Gabrielides**                                    Case No. _____

_____,
                          Debtor                          Chapter   **7**          _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   87,361.38 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $   0.00 |
| TOTAL | $   87,361.38 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   2,166.67 |
| Average Expenses (from Schedule J, Line 18) | $   3,677.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $   2,166.67 |

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In re  **Christos Gabrielides**                                    Case No. _____

_____,
                              Debtor              Chapter  **7** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 130,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 87,361.38 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 152,504.37 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 282,504.37 |

B7 (Official Form 7) (4/10)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re:  **Christos Gabrielides** _____,      Case No. _____

Debtor                                      (If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

## 1. Income from employment or operation of business

**None**
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE                              FISCAL YEAR PERIOD

**Extensions granted on tax returns.
Currently in process.**

## 2.  Income other than from employment or operation of business

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the
☐     filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
      not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **State Bank of Countryside v. Dome Restaurant, Inc., and Cris Gabriledes** **11 CH 5325** | **Mortgage Foreclosure** | **Circuit Court of Cook County** **Chancery Division** | Judgment rendered, sale and title transfer complete. |
| **Discover Bank v. Chris Gabrieledes.** **09 M1 171379** | **Collection** | **Circuit Court of Cook County** **Municipal Division** | Judgment entered, supplmentary preceedings initiated. |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑     immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
      information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
      separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☐     foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
      debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether
      or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **State Bank of Countryside** | **08/01/2011** | **6921 Joliet Road Indian Head Park, IL 60525** |

## 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑     commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or
      both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
      filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sbertoli Law Office P.O. Box 1482 La Grange Park Illinois 60526** | **11/15/2011** | **$900.00** |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☑ b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑  c.   List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Dome Restaurant, Inc.** | **36-3562717** | | **Operated family style business.** | |

None
☑  b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in **11**
U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and
by any individual debtor who is or has been, within the **six years** immediately preceding the commencement
of this case, any of the following: an officer, director, managing executive, or owner or more than 5
percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership;
a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as
defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in
business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Christos Gabrielides**<br>**2 Westwood Drive**<br>**Indian Head Park, IL 60525** | |

None ☑   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME    ADDRESS       DATES SERVICES RENDERED

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Christos Gabrielides** | **2 Westwood Drive**<br>**Indian Head Park, IL 60525** |

None ☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS     DATE ISSUED

## 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*  *  *  *  *  *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature
                                       of Debtor  _____
                                                  **Christos Gabrielides**

B 8 (Official Form 8) (12/08)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re _____ **Christos Gabrielides** _____   Case No. _____
Debtor                                                                                             Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br><br>**Heartland Bank** | **Describe Property Securing Debt:**<br><br>**2 Westwood Drive**<br>**Indian Head Park, IL 60525**<br><br>**PIN: 18-20-111-083-0000** |

Property will be *(check one)*:
    ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
    ☑ Claimed as exempt        ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

_____0_____   continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____

_____
**Christos Gabrielides**
Signature of Debtor

**Dennis M. Sbertoli   3128965**
**Sbertoli Law Office**
**P.O. Box 1482**
**La Grange Park**
**Illinois**
**60526**
**(708) 579-9724**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In Re:
Debtor:  **Christos Gabrielides**
Social Security Number:  **4212**

Case No:

Chapter **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **AdvanceMe, Inc.**<br>**2015 Vaughn Road, Bldg. 500**<br>**Kennesaw, GA 30144** | **Unsecured Claims** | **$ 51,219.00** |
| 2.  **Airko Heating & Cooling**<br>**6320 W. Ogden, Avenue**<br>**Berwyn, IL 60402** | **Unsecured Claims** | **$   600.00** |
| 3.  **Allan E. Power Plumbing & Heating**<br>**804 Arlington Avenue**<br>**La Grange, Illinois 60525** | **Unsecured Claims** | **$  1,252.34** |
| 4.  **Bank of America**<br>**P.O. Box 21848**<br>**Greensboro, N.C. 27420-1848** | **Unsecured Claims** | **$ 32,064.79** |
| 5.  **Chase**<br>**Attention: Bankruptcy Department**<br>**800 Brooksedge Blvd.**<br>**Westerville, OH 43801** | **Unsecured Claims** | **$ 23,072.60** |

In re:    **Christos Gabrielides**                                    Case No. _____

| | | | |
|---|---|---|---|
| 6. | **Citi**<br>**Box 6000**<br>**The Lakes, NV 89163-6000** | **Unsecured Claims** | **$ 6,687.23** |
| 7. | **Citibank**<br>**PO Box 653000**<br>**Dallas, TX 75265-3000** | **Unsecured Claims** | **$ 5,780.55** |
| 8. | **Citibank**<br>**PO Box 653000**<br>**Dallas, TX 75265-3000** | **Unsecured Claims** | **$   0.00** |
| 9. | **Discover Card**<br>**P.O. Box 30943**<br>**Salt Lake City, UT  84130** | **Unsecured Claims** | **$ 13,297.63** |
| 10. | **Dr. John Symonides**<br>**14 Mahodez**<br>**Palm Coast South, FL** | **Secured Claims** | **$ 50,000.00** |
| 11. | **GE Money Bank**<br>**P.O. Box 981127**<br>**El Paso TX  79998-1127** | **Unsecured Claims** | **$ 2,360.27** |
| 12. | **Heartland Bank**<br>**4456 Wolf Road**<br>**Western Springs, IL 60558** | **Secured Claims** | **$ 178,274.73** |
| 13. | **HSBC**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | **Unsecured Claims** | **$ 1,074.00** |
| 14. | **Illinois Department of**<br>**Employment Security**<br>**33 South State St., 9th Floor**<br>**Chicago, IL 60603-2802** | **Priority Claims** | **$ 1,361.38** |

In re:    **Christos Gabrielides**                                    Case No. _____

| | | |
|---|---|---|
| 15 . | **Illinois Department of Employment Security**<br>**33 South State St., 10th Floor**<br>**Chicago, IL 60603-2802** | **Unsecured Claims** |  $  1,370.20 |
| 16 . | **Illinois Department of Revenue**<br>**State Lottery**<br>**P.O. Box 19080**<br>**Springfield, IL 62794-9080** | **Unsecured Claims** | $ 10,680.00 |
| 17 . | **Illinois Department of Revenue**<br>**100 West Randolph**<br>**Chicago, Illinois  60601** | **Unsecured Claims** |  $  1,376.65 |
| 18 . | **Illinois Department of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | **Priority Claims** | $ 36,000.00 |
| 19 . | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philedelphia, PA 19101-7346** | **Priority Claims** | $ 50,000.00 |
| 20 . | **John & Penelope Sokolowski**<br>**11040 Forestwoods**<br>**Willowsprings, IL 60460** | **Secured Claims** | $ 85,000.00 |
| 21 . | **Lou Evans**<br>**3131 S. Wisconsin Avenue**<br>**Berwyn, IL 60402** | **Secured Claims** | $ 10,000.00 |
| 22 . | **Save on Everything**<br>**1000 W. Maple Road, Ste. 200**<br>**Troy, MI 48084** | **Unsecured Claims** | $    210.00 |
| 23 . | **Simon Symeonides**<br>**3173 Bellwind Circle**<br>**Rockledge Viera**<br>**FL 32955** | **Secured Claims** | $ 25,000.00 |

In re:   **Christos Gabrielides**                          Case No. _____

| | | | |
|---|---|---|---|
| 24. | **Social Security Administration**<br>**6401 Security Blvd.**<br>**Baltimore, MD 21235-6401** | **Unsecured Claims** | **$ 0.00** |
| 25. | **Suburban Life Publications**<br>**1101 W. 31st Street, Ste. 100**<br>**Downers Grove, IL 60515** | **Unsecured Claims** | **$ 659.11** |
| 26. | **Valpak of Chicagoland**<br>**c/o Allen Maxwell & Silver**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | **Unsecured Claims** | **$ 800.00** |

In re:    **Christos Gabrielides**                                          Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Christos Gabrielides** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors, consisting of **3 sheets** (not including this declaration), and that it is true
to the best of my information and belief.

Signature: _____

           **Christos Gabrielides**

Dated:    _____

A/R Concepts, Inc.
33 W. Higgins Rd., Suite 715
South Barrington, IL 60010


AdvanceMe, Inc.
2015 Vaughn Road, Bldg. 500
Kennesaw, GA 30144


Airko Heating & Cooling
6320 W. Ogden, Avenue
Berwyn, IL 60402


Allan E. Power Plumbing & Heating
804 Arlington Avenue
La Grange, Illinois 60525


Allied Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus OH 43231


ARM
PO Box 561
Thorofare, NJ 08086-0129


Asset Acceptance LLC
P.O. Box 2036
Warren MI  48090-2036


Baker & Miller
29 N. Wacker Dr.
Ste. 500
Chicago, IL 60606


Bank of America
P.O. Box 21848
Greensboro, N.C. 27420-1848

Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, IL 60188-7410

Blatt Hasenmiller, Leibsker & Moore
125 S. Wacker Dr.Suite  400
Chicago, IL 60606-4440

Capital Management Service Inc.
726 Exchange Street
Suite 700
Buffalo, NY 14210

Chase
Attention: Bankruptcy Department
800 Brooksedge Blvd.
Westerville, OH 43801

Citi
Box 6000
The Lakes, NV 89163-6000

Citibank
PO Box 653000
Dallas, TX 75265-3000

Discover Card
P.O. Box 30943
Salt Lake City, UT  84130

Dome Restaurant, Inc.

Dr. John Symonides
14 Mahodez
Palm Coast South, FL

Encore
P.O. Box 3330
Olathe KS 66063-3330

FIA Card Service
P.O. Box 15726
ilmington, DE 19886-5726

FMS, Inc.
PO Box 707601
Tulsa, OK 74170

GC Services
6330 Gulfton
Houston TX
77081

GE Money Bank
P.O. Box 981127
El Paso TX  79998-1127

Heartland Bank
4456 Wolf Road
Western Springs, IL 60558

HSBC
PO Box 5253
Carol Stream, IL 60197

Illinois Department of
Employment Security
33 South State St., 9th Floor
Chicago, IL 60603-2802

Illinois Department of
Employment Security
33 South State St., 10th Floor
Chicago, IL 60603-2802

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
State Lottery
P.O. Box 19080
Springfield, IL 62794-9080


Illinois Department of Revenue
100 West Randolph
Chicago, Illinois   60601


Internal Revenue Service
P.O. Box 7346
Philedelphia, PA 19101-7346


John & Penelope Sokolowski
11040 Forestwoods
Willowsprings, IL 60460


Lou Evans
3131 S. Wisconsin Avenue
Berwyn, IL 60402


LTD Financial Servisces
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


Save on Everything
1000 W. Maple Road, Ste. 200
Troy, MI 48084


Simon Symeonides
3173 Bellwind Circle
Rockledge Viera
FL 32955

Social Security Administration
6401 Security Blvd.
Baltimore, MD 21235-6401


Suburban Life Publications
1101 W. 31st Street, Ste. 100
Downers Grove, IL 60515


Transworld Systems
PO Box 1864
Santa Rosa, CA 95402


Valpak of Chicagoland
c/o Allen Maxwell & Silver
190 Sylvan Avenue
Englewood Cliffs, NJ 07632

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                              Bankruptcy Case Number: _____

**Christos Gabrielides**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Dated: _____          _____
                                    **Christos Gabrielides**            Debtor

**Form B1, Exhibit C**
**(9/01)**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:   **Christos Gabrielides**                                                    Case No.:

                                                                                    Chapter:   **7**

                              Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A** _____

_____

_____

_____


2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**N/A** _____

_____

_____

_____

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re    **Christos Gabrielides**                                    Case No. _____
                    Debtor                                                                            *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❑  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑  Active military duty in a military combat zone.

❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Christos Gabrielides

Date: _____

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re:  **Christos Gabrielides**

_____

Debtor

Case No. _____

Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 2,000.00 |
| Prior to the filing of this statement I have received | $ | 2,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☐ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d)  [Other provisions as needed]
    **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

**Adversary proceedings, if any.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

_____

**Dennis M. Sbertoli, Bar No.  3128965**

**Sbertoli Law Office**
Attorney for Debtor(s)

---